630 A.2d 722

## ACADEMY OF AMERICAN FRANCISCAN HISTORY, INC.

v.

### Robert H. KEELER.

### No. 18, Sept. Term, 1993.

Court of Appeals of Maryland.

Sept. 15, 1993.

Patrick C. McKeever (Miles & Stockbridge, on brief), Rockville, for petitioner.

James P. Ulwick (Kathleen A. Birrane, Kramon & Graham, P.A., on brief), Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 15th day of September, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.